DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard J. Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518)786-9069
Attorneys for Creditor, TD Auto Finance LLC

**Order Filed on March 19, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

MELANIE C. WONDERLIN,

Debtor.

Case No.:   17-33695-MBK

Judge:   Hon. Michael B. Kaplan

Chapter:   13

### CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: March 19, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Richard J. Tracy, III, Esq. (ID #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518)786-9069
Attorneys for Creditor, TD Auto Finance LLC

In Re:

MELANIE C. WONDERLIN,

Debtor.

Case No.:   17-33695-MBK

Judge:   Hon. Michael B. Kaplan

Chapter:   13

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

WHEREAS, TD Auto Finance LLC (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor shall cure the post-petition default of $1,509.27, by making a payment of $1,510.00 directly to the creditor, no later than March 15, 2018.

2. That the debtor will continue to make the regular monthly payments pursuant to the terms of the Retail Installment Contract in a timely fashion commencing with the payment due on or before March 19, 2018.

3. In the event debtor fail to make any payment called for in this Consent Order within thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and

counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

_____
Richard J. Tracy, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
Attorneys for Creditor
30 Montgomery St., Suite 1205
Jersey City, New Jersey 07302

Date: March 9, 2018

_____
Scott M. Zauber, Esq.
Attorney for Debtor
Subranni Zauber
1624 Pacific Avenue
Atlantic City, New Jersey 08401

Date: March 7, 2018