UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)

In Re:

Melanie Wonderlin
    Debtor

Case No.: _____17-33695_____

Judge: _____Michael B. Kaplan_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____October 9, 2018_____, at __9:00AM__.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ **Other (explain your answer):**
Debtor will be withdrawing Application to Participate in LMP. Debtor will be filing Amended Plan to cure pre and post-petition arrears through Plan.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/1/2018                          /s/ Melanie Wonderlin
                                         Debtor's Signature

Date: _____                     _____
                                         Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*