Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–33695–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Melanie C. Wonderlin
    74 Lakeview Dr
    Allentown, NJ 08501–1706

Social Security No.:
    xxx–xx–6001

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 9, 2018.

On October 10, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                 November 13, 2018
Time:                 10:00 AM
Location:             Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 11, 2018
JAN: wdr

                                                                Jeanne Naughton
                                                                Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                       Case No. 17-33695-MBK
Melanie C. Wonderlin                                         Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2         Date Rcvd: Oct 11, 2018
                              Form ID: 185              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db             Melanie C. Wonderlin,     74 Lakeview Dr,    Allentown, NJ   08501-1706
lm             Roundpoint Mortgage,    PO Box 19409,    Charlotte, NC   28219-9409
cr            +TD Auto Finance LLC,    950 New Loudon Rd.,    Latham, NY 12110-2100
517397741      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517192945      First Guaranty Mortgage Corp.,    5016 Parkway Plaza Blvd Ste 200,    Charlotte, NC   28217-1930
517577934      First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                Irvine, CA 92619-2708
517577935     +First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                Irvine, CA 92619-2708,    First Guaranty Mortgage Corporation,
                c/o Rushmore Loan Management Services 92619-2708
517192947      KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
517424568     +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                Charlotte, NC 28217-1930
517192950     +Roundpoint Mortgage,    5032 Parkway Plaza Blvd.,    Charlotte, NC 28217-1934
517192951     +TD Auto Finance,    27777 Inkster Rd,    Farmington Hills, MI 48334-5326
517228750     +TD Auto Finance LLC,    c/o Schiller & Knapp, LLP,    Trustee Payment Dept., PO Box 16041,
                Lewiston, ME 04243-9523
517520211      US Department of Education,    PO BOX 16448,   St. Paul, MN 55116-0448
517192952      US Dept Of Educatopm,    PO Box 5609,   Greenville, TX  75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 23:33:34       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 23:33:31       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517192944      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 23:44:22       Capital One,
                POB 30285,    Salt Lake City, UT  84130-0285
517276436      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 23:44:44
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
517192946      E-mail/Text: cio.bncmail@irs.gov Oct 11 2018 23:33:01       Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA  19101-7346
517192948      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 11 2018 23:32:54       Kohls/Capital One,
                PO Box 3115,    Milwaukee, WI  53201-3115
517192949      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 23:55:36
                Portfolio Recovery Assoc.,    120 Corporate Blvd, Ste 100,    Norfolk, VA  23502
517203611      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 23:44:25
                Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation
               bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Oct 11, 2018
                              Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeanie D. Wiesner    on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com, ecorma@subranni.com;cwild@subranni.com

          Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation rsolarz@kmllawgroup.com

          Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com

          Scott M. Zauber    on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com

          Thomas J Subranni    on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

          TOTAL: 10