Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–33695–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Melanie C. Wonderlin
74 Lakeview Dr
Allentown, NJ 08501–1706

Social Security No.:
xxx–xx–6001

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/27/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 27, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 17-33695-MBK
Melanie C. Wonderlin                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: Mar 27, 2019
                              Form ID: 148              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db              Melanie C. Wonderlin,    74 Lakeview Dr,    Allentown, NJ   08501-1706
lm              Roundpoint Mortgage,    PO Box 19409,    Charlotte, NC   28219-9409
cr             +TD Auto Finance LLC,    950 New Loudon Rd.,    Latham, NY 12110-2100
517192945       First Guaranty Mortgage Corp.,    5016 Parkway Plaza Blvd Ste 200,    Charlotte, NC   28217-1930
517577934       First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
517577935      +First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708,    First Guaranty Mortgage Corporation,
                 c/o Rushmore Loan Management Services 92619-2708
517192947       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
517424568      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
517192950      +Roundpoint Mortgage,    5032 Parkway Plaza Blvd.,    Charlotte, NC 28217-1918
517228750      +TD Auto Finance LLC,    c/o Schiller & Knapp, LLP,    Trustee Payment Dept., PO Box 16041,
                 Lewiston, ME 04243-9523
517192952       US Dept Of Educatopm,    PO Box 5609,    Greenville, TX   75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 23:45:23      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 23:45:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517192944       EDI: CAPITALONE.COM Mar 28 2019 03:08:00      Capital One,   POB 30285,
                 Salt Lake City, UT   84130-0285
517276436       EDI: CAPITALONE.COM Mar 28 2019 03:08:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC   28272-1083
517397741       EDI: BL-BECKET.COM Mar 28 2019 03:08:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517192946       EDI: IRS.COM Mar 28 2019 03:08:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517192948       EDI: CBSKOHLS.COM Mar 28 2019 03:08:00      Kohls/Capital One,   PO Box 3115,
                 Milwaukee, WI  53201-3115
517192948       E-mail/Text: bncnotices@becket-lee.com Mar 27 2019 23:44:27      Kohls/Capital One,
                 PO Box 3115,   Milwaukee, WI   53201-3115
517192949       EDI: PRA.COM Mar 28 2019 03:08:00      Portfolio Recovery Assoc.,   120 Corporate Blvd, Ste 100,
                 Norfolk, VA   23502
517203611       EDI: PRA.COM Mar 28 2019 03:08:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
517192951      +EDI: CHRYSLER.COM Mar 28 2019 03:08:00      TD Auto Finance,   27777 Inkster Rd,
                 Farmington Hills, MI 48334-5326
517520211       EDI: ECMC.COM Mar 28 2019 03:08:00      US Department of Education,   PO BOX 16448,
                 St. Paul, MN 55116-0448
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3              User: admin                Page 2 of 2                  Date Rcvd: Mar 27, 2019
                                  Form ID: 148               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:

              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    First Guaranty Mortgage Corporation
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeanie D. Wiesner    on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com,
               ecorma@subranni.com;cwild@subranni.com
              Rebecca Ann Solarz    on behalf of Creditor    First Guaranty Mortgage Corporation
               rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Scott M. Zauber    on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Thomas J Subranni    on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com,
               ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10