UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By:  Jeanie D. Wiesner, Esq.  JW3209
jwiesner@subranni.com

Order Filed on April 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Melanie C. Wonderlin

Case No.: 17-33695-MBK

Chapter: 13

Judge: Miichael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: April 3, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeanie D. Wiesner_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Melanie C. Wonderlin  
     Debtor

Case No. 17-33695-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 03, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.  
db           Melanie C. Wonderlin,    74 Lakeview Dr,    Allentown, NJ   08501-1706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Brian E Caine     on behalf of Creditor    First Guaranty Mortgage Corporation  
            bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com  
           Denise E. Carlon     on behalf of Creditor    First Guaranty Mortgage Corporation  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Jeanie D. Wiesner     on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com,  
            ecorma@subranni.com;cwild@subranni.com  
           Rebecca Ann Solarz     on behalf of Creditor    First Guaranty Mortgage Corporation  
            rsolarz@kmllawgroup.com  
           Richard James Tracy, III     on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com,  
            tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
           Scott M. Zauber     on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com,  
            ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com  
           Thomas J Subranni     on behalf of Debtor Melanie C. Wonderlin jwiesner@subranni.com,  
            ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 10